NELLIE T. McAVOY, as Executrix of FRANCIS S. McAVOY, Deceased, Respondent, *v.* SIDNEY C. SCHRAMME, Appellant, Impleaded with Another.

(Argued October 25, 1933; decided November 21, 1933.)

*Stewart Maurice, Louis L. Archer* and *Elon S. Hobbs* for appellant.

*Charles L. Craig* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.